IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY HOFFMAN, by and through her parents and next friends, CLAIRE AND STEPHEN HOFFMAN | : : : : | CIVIL ACTION |
| | : | NO. 11-7418 |
| v. | : : | |
| DEPARTMENT OF HUMAN SERVICES OF THE COMMONWEALTH OF PENNSYLVANIA, et al. | : : : | |

ORDER

AND NOW, this 9th day of January 2024, based on the accompanying findings of fact and conclusions of law, it is hereby ORDERED that:

(1)  The motion of defendants Department of Human Services of the Commonwealth of Pennsylvania and Valerie Arkoosh, in her official capacity as the Secretary of Human Services for order terminating settlement agreement (Doc. # 211) is GRANTED.

(2)  The settlement agreement between the parties, dated December 18, 2014 is terminated because of impracticability of performance.  All parties are discharged from any duties and obligations thereunder.

(3)  The Clerk of the Court shall mark this action CLOSED.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.